1  SCOTT KALKIN (SBN 120791)
   ROBOOSTOFF & KALKIN
2  A Professional Law Corporation
   369 Pine Street, Suite 820
3  San Francisco, CA  94104
   (415) 732-0282
4  robokalk@earthlink.net

5  Attorneys for Plaintiff
   NADYA LEV

6

7

8  PAMELA E. COGAN (SBN 105089)
   BLAKE J. RUSSUM (SBN 258031)
9  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
10 Redwood City, CA  94063-2052
   Telephone:     (650) 364-8200
11 Facsimile:     (650) 780-1701
   Email:         pamela.cogan@rmkb.com
12 blake.russum@rmkb.com

13 Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF
14 BOSTON

15                 UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17

18 NADYA LEV,                          CASE NO.  C-14-05040-MMC

19            Plaintiff,               **STIPULATION AND [~~PROPOSED~~]
                                       ORDER DISMISSING ENTIRE ACTION
20 v.                                  WITH PREJUDICE**

21 LIBERTY LIFE ASSURANCE              [Fed. Rule. Civ. Proc. Rule 41(a)]
   COMPANY OF BOSTON,
22
           Defendant.
23

24

25     **IT IS HEREBY STIPULATED** by and between Plaintiff, NADYA LEV, and

26 Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their

27 respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed

28 with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure

4844-7289-6804.1

STIPULATION AND [PROPOSED] ORDER
DISMISSING ENTIRE ACTION WITH PREJUDICE–
CASE NO. C-14-05040-MMC

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

1    41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

2    Dated: June 23, 2015           ROBOOSTOFF & KALKIKN

3

4                           By: */s/ Scott Kalkin*

5                              SCOTT KALKIN
                             Attorneys for Plaintiff

6                              NADYA LEV

7    Dated: June 23, 2015           ROPERS, MAJESKI, KOHN & BENTLEY

8

9                           By: /s/ *Blake J. Russum*

10                           PAMELA E. COGAN
                          BLAKE J. RUSSUM

11                           Attorneys for Defendant
                          LIBERTY LIFE ASSURANCE

12                           COMPANY OF BOSTON

13                         **ORDER**

14      **IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation and Federal Rules

15    of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action shall be, and hereby is dismissed in

16    its entirety with prejudice as to all parties and claims.  Each party shall bear its own fees and

17    costs.

18    Dated:  June 23, 2015

19                           Hon. Maxine M. Chesney
                          United States District Judge

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

4844-7289-6804.1         - 2 -         STIPULATION AND [PROPOSED] ORDER
DISMISSING ENTIRE ACTION WITH PREJUDICE–
CASE NO. C-14-05040-MMC